UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dionne Lee Plaintiff(s),

-v-

R. Bawuah and Cowan Equipt. Defendant(s).

------------------------------------------------------------X

**Case Management Plan**

07 CV. 9917 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by  2-15-08

(ii)  Amend the pleadings by  2-15-08

(iii) All discovery to be **expeditiously** completed by  6-15-08 (FACT + Expert)

(iv)  Consent to Proceed before Magistrate Judge  not @ this time

(v)   Status of settlement discussions  none — still treating / post surgery

6/23/08 @ 9:30 with pmrconf

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED: New York, New York
12/20/07

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2007