**DIONNE LEE**

Plaintiff(s), Petitioner(s)

against

**RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING**

Defendant(s), Respondent(s)

CLIENT: Winston B. Rouse, Esquire

INDEX NO.: 07 CIV 9917

DATE OF FILING: 11/9/2007

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Christine Foran being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in East Hartford, CT.

Furthermore, that on **November 29, 2007 at 8:05 PM at 147 Mallard Drive, East Hartford, CT 06118**, deponent served the **Summons and Complaint Jury Trial Demanded With Index No. and File Date; Affidavit In Support** upon **Richard K. Bawuah**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy *of each* **Summons and Complaint Jury Trial Demanded With Index No. and File Date; Affidavit In Support** to **Mercy Adjey, Co-Tenant**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the Recipient's **usual place of abode** and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **21-35** Height(Approx): **5'0" - 5'3"** Weight(Approx): **100-130 lbs**
Other:

On **November 30, 2007** deponent enclosed an additional true and attested copy of each **Summons and Complaint Jury Trial Demanded With Index No. and File Date; Affidavit In Support** in postpaid envelope addressed to the Recipient at Recipient's **usual place of abode** in an official depository under the exclusive care of the United States Postal Service within the State of Connecticut. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Recipient.

I asked the person spoken to if the Recipient was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Christine Foran, Private Process Server

Sworn to before me on November 30, 2007

Notary Public
My Commission Expires: 08/31/2009