RAWLE & HENDERSON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/2/08

JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE: (212) 858-7570
FACSIMILE: (212) 858-7750

April 28, 2008

MEMO ENDORSED

***Filed via ECF***
Hon. Andrew J. Peck, USMJ
United States District Court
Southern District of New York

**Re:** Dionne Lee v. Bawuah & Cowan Systems, LLC
Civil Action No. 07-cv-9917
Our File No.: 801840

Dear Judge Peck:

Defendants, Cowan Systems, LLC and Richard K. Bawuah, herein write for the Court's assistance in the above-referenced matter.

To date we still have not received plaintiff's Rule 26 Disclosures. Further, all discovery, including factual and expert, is to be completed by June 15, 2008. Depositions in this matter were previously scheduled for March 27, 2008, but cancelled by plaintiff's counsel. Depositions were then scheduled for today, April 28, 2008. However, on Friday, April 25, 2008, we attempted several times to reach plaintiff's counsel to confirm the depositions so that we could finalize travel arrangements for our driver as he resides out of state. As we were unsuccessful, the depositions were cancelled. In light of the foregoing, Defendants herein request a thirty (30) day extension of the discovery deadline.

Thank you for your assistance in this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By:
Jeffrey A. Segal

/MLB
cc: Winston B. Rouse, Esquire

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

2389726-1

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** May 2, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Jeffrey A. Segal, Esq. | 212-858-7750 |
| Winston B. Rouse, Esq. | 718-588-8958 |

## TRANSCRIPTION:

**MEMO ENDORSED 5/2/08**

1. Extension denied.
2. Defendant shall now have deposition priority – and if plaintiff does not depose the defendant's driver before the discovery cutoff, that deposition is waived.
3. Plaintiff's counsel is to contact defense counsel and reach an agreed deposition schedule by 5/9 or sanctions will be imposed.
4. A status conf. is scheduled before me for 5/16 at 9:30 AM (to discuss progress in the discovery, etc.)

Copy to: Judge Richard M. Berman