UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/08

------------------------------------ x

DIONNE LEE,   :

          Plaintiff,   :   07 Civ. 9917 (RMB) (AJP)

     -against-   :   ORDER RESCHEDULING
                                               STATUS CONFERENCE

RICHARD K. BAWUAH & COWAN   :
EQUIPMENT,
                                     :

          Defendants.
                                     :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for May 16, 2008 is rescheduled to Wednesday, <u>May 14, 2008 at 11:00 a.m.</u> before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

       SO ORDERED.

DATED:   New York, New York
              May 9, 2008

                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:   Winston B. Rouse, Esq.
                                      Jeffrey A. Segal, Esq.
                                      Judge Richard M. Berman

C:\ORD\