| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 5/13/08 |

------------------------------------- x

DIONNE LEE,  :

        Plaintiff,  :  07 Civ. 9917 (RMB) (AJP)

    -against-  :  ORDER RESCHEDULING
                              STATUS CONFERENCE

RICHARD K. BAWUAH & COWAN  :
EQUIPMENT,
                                        :
        Defendants.
                                        :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference scheduled for May 14, 2008 is rescheduled at the parties' request to **June 10, 2008 at 11:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

        SO ORDERED.

DATED:        New York, New York
                   May 13, 2008

                                                         Andrew J. Peck
                                                      United States Magistrate Judge

Copies **by fax & ECF** to:    Winston B. Rouse, Esq.
                                        Jeffrey A. Segal, Esq.
                                        Judge Richard M. Berman

C:\ORD\