# RAWLE & HENDERSON LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/27/08

JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

May 23, 2008

<u>VIA FAX TO: (212) 805-7933</u>
Honorable Andrew J. Peck
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York City, NY 10007-1312

RECEIVED
MAY 23 2008
CHAMBERS OF
ANDREW J. PECK

Re: Dionne Lee v. Bawuah & Cowan Systems, LLC
Civil Action No. 07-cv-9917
Our File No.: 801840

Dear Judge Peck:

We respectfully request a 30 day adjournment of the June 23, 2008 settlement conference in the above matter. An adjournment is necessary to afford our client sufficient to evaluate this matter for settlement as depositions are scheduled on June 5, 2008 and medical examinations were just recently completed. The discovery and expert report deadline is June 15, 2008.

We had intended to address the need for an extension at the upcoming status conference on June 10, 2008, but wanted to give the Court advance notice, so as not to waste the Court's time.

Thank you for your anticipated attention to this matter.
Respectfully submitted,

RAWLE & HENDERSON LLP

By: [signature]
Jeffrey A. Segal

JAS/CAC

cc: Winston B. Rouse, Esquire

2422790-1

**MEMO ENDORSED**

1. 2d 6/23 [illeg.] — you must all [illeg.] for any [illeg.] — [illeg.] 24/P2 [illeg.]

2. 20/P70 > du 6/30 — [illeg.] will be granted [illeg.] for 24 hrs notice thereof.

SO ORDERED:
[signature]
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   MEDIA, PA   MARLTON, NJ   NEW YORK, NY   WILMINGTON, DE   WHEELING, WV

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** May 27, 2008                                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Winston B. Rouse, Esq. | 718-588-8958 |
| Jeffrey A. Segal, Esq. | 212-858-7750 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 5/27/08**

1. The 6/23 settlement conf. is with Judge Berman so you must ask him for any extension - however, see ¶ 2 below.

2. The <u>PTO is due 6/30</u> and the case will be considered trial ready on 24 hours notice threafter.

**Copy to:** Judge Richard M. Berman