JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

May 30, 2008

**VIA ECF AND FIRST CLASS MAIL**
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York City, NY  10007-1312

   **Re:** Dionne Lee v. Bawuah & Cowan Systems, LLC
      Civil Action No. 07-cv-9917
      Our File No.: 801840

Dear Judge Berman:

  We respectfully request a 30 day adjournment of the June 23, 2008 settlement conference in the above matter.   An adjournment is necessary to afford our client sufficient time to evaluate this matter for settlement as depositions are scheduled on June 5, 2008 and medical examinations were just recently completed.  The discovery and expert report deadline is June 15, 2008.

  If the Court is not inclined to grant the adjournment, please advise as to whether it will be acceptable for our client to appear by telephone.

  Thank you for your anticipated attention to this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____
   Jeffrey A. Segal

JAS/CAC
cc: Winston B. Rouse, Esquire

2429669-1

May 30, 2008
Page 2

bcc:   JoAnn F. Garza, AIC – via email
       Claim No.:  COW078945
       Herman E. Funk, Jr., Cowan Systems, LLC – via email

2429669-1