

LAW OFFICE OF WINSTON ROUSE ESQ.
901 SHERIDAN AVENUE
BRONX, NEW YORK 10451
Telephone   718-588-7773
Fax            718-588-8958

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/24/08

June 24, 2008

Federal Court of the Southern District of New York
500 Pearl Street
New York N.Y. 10007
Magistrate Judge Andrew J. Peck

Index No. 07-civ-9917
Lee v. Bawuah

Magistrate Peck,

I am the attorney representing Dionne Lee in the above matter. I am writing to request a delay of the Pre-Trial Order scheduled for Monday June 30, 2008.

Both parties to this action attended a Settlement Hearing on Monday June 23, 2008 before Honorable Justice Berman. Although I made a settlement demand in this action Jeffery Segal Esq. as of this date has refused to make a counter-offer in this proceeding and request that the case proceeds toward trial. I am presently request the delay in this proceeding because I am a sole practitioner and am presently overwhelmed and overburden in that this week I am scheduled for a trial in Bronx County.

I have yet to speak to Mr. Segal regarding the Pre-Trial Order and I will need more time to prepare the Order to the Court's satisfaction. Therefore, I am requesting a delay in that it will be prejudicial to either party. Thank you for your consideration in this matter.

Sincerely,

Winston B. Rouse
Winston B. Rouse Esq.

**MEMO ENDORSED**

1. PTO extended to 7/15 - No further extensions. The parties may exchange their portions of the PTO on 7/1 and 7/8, and plaintiff's counsel is to submit the joint PTO to Ct on 7/15.

2. Trial will begin 8/6 at 9 AM. [illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United [States Magistrate Judge]

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  __June 24, 2008__                           Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Winston B. Rouse, Esq. | 718-588-8958 |
| Jeffrey A. Segal, Esq. | 212-858-7750 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 6/24/08**

1. PTO extended to 7/15 - No further extensions. The parties are to exchange their portions of the PTO on 7/1 and 7/8, and plaintiff's counsel is to submit the joing PTO on 7/15.

2. Trial will begin <u>8/6 at 9 AM</u> and continue thereafter from day to day. (Jury trial.)