## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DIONNE LEE

          Plaintiff

RICHARD K. BAWUAH and                      Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

          Defendants

-------------------------------------------------------------------X

### DEFENDANTS RICHARD K. BAWUAH  AND COWAN EQUIPMENT LEASING'S
### MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S WAGE LOSS CLAIM

     **PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J.  at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order Precluding Plaintiff, Dionne Lee's Wage Loss Claim at the Time of Trial in this matter.

     The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

2464620-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.


Date:   New York, New York
        July 3, 2008                    Yours, etc.,
                                        **RAWLE & HENDERSON LLP**


                                        By: _____
                                        Jeffrey A. Segal
                                        Attorneys for Defendants Richard K. Bawuah
                                        and Cowan Equipment Leasing
                                        Suite 4636
                                        140 Broadway, 46th Floor
                                        New York, New York 10005
                                        (212)858-7570
                                        File No. 801,840


To:     Winston B. Rouse, Esquire
        901 Sheridan Avenue
        Bronx, NY  10451


2464620-1