## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned Motion in Limine to Preclude Wage Loss Claim of Plaintiff and Memorandum of Law was served via ECF filing, on counsel of record addressed as follows:

Winston B. Rouse, Esquire
901 Sheridan Avenue
Bronx, NY 10451

RAWLE & HENDERSON LLP

By:_____
Jeffrey A. Segal
Attorneys for Defendants Richard K. Bawuah and Cowan Equipment Leasing
140 Broadway, Suite 4636
New York, New York 10005
(212) 858-7570
File No.: 801840

Date: July 3, 2008

2453991-1