UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DIONNE LEE

                 Plaintiff

RICHARD K. BAWUAH and                     Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

                 Defendants
-------------------------------------------------------------X

## ORDER

AND NOW, this _____ day of July, 2008, upon consideration of defendant's Motion in Limine to Preclude Plaintiff's wage loss claim and any response thereto, it is hereby ORDERED that said Motion is GRANTED and plaintiff is precluded from introducing any evidence of plaintiff's wage loss claim and therefore said claim is dismissed.

 

_____
Hon. Andrew J. Peck, U.S.M.J.
U.S. District Court
Southern District of New York

2453991-1