UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
DIONNE LEE

                Plaintiff

RICHARD K. BAWUAH and                  Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

                Defendants
---------------------------------------------------------------X

## DEFENDANTS RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order Precluding Plaintiff, Dionne Lee's, expert, Daniel S. Burdett, at the Time of Trial in this matter.

      The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

2461792-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date: New York, New York
July 3, 2008

>Yours, etc.,
>**RAWLE & HENDERSON LLP**
>
>By: _____
>Jeffrey A. Segal
>Attorneys for Defendants Richard K. Bawuah
>and Cowan Equipment Leasing
>Suite 4636
>140 Broadway, 46th Floor
>New York, New York 10005
>(212)858-7570
>File No. 801,840

2461792-1