UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DIONNE LEE

        Plaintiff

RICHARD K. BAWUAH and                  Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

        Defendants

-----------------------------------------------------------------X

## ORDER

**AND NOW,** this _____ day of July, 2008, upon consideration of defendant's Motion to Preclude Plaintiff's expert, Daniel S. Burdett, and any response thereto, it is hereby ORDERED that said Motion is GRANTED and plaintiffs are precluded from having Daniel S. Burdett or any other liability expert testify at trial.

                                                _____
                                                Hon. Andrew J. Peck,
                                                United   States   Magistrate   Judge

2461792-1