## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DIONNE LEE

        Plaintiff

RICHARD K. BAWUAH and            Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

        Defendants

-------------------------------------------------------------X

## DEFENDANTS RICHARD K. BAWUAH  AND COWAN EQUIPMENT LEASING'S
## MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or

as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew

J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at

the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York

10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the

above-captioned matter for an Order Precluding Plaintiff, Dionne Lee's, expert, Daniel S.

Burdett, at the Time of Trial in this matter.

      The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and

Legal Brief in support of this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date:   New York, New York
        July 3, 2008

                          Yours, etc.,
                          **RAWLE & HENDERSON** LLP


                          By: _____
                          Jeffrey A. Segal
                          Attorneys for Defendants Richard K. Bawuah
                          and Cowan Equipment Leasing
                          Suite 4636
                          140 Broadway, 46th Floor
                          New York, New York 10005
                          (212)858-7570
                          File No. 801,840

2461792-1