UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DIONNE LEE

      Plaintiff

RICHARD K. BAWUAH and          Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

      Defendants
-----------------------------------------------------------------X

## DEFENDANTS RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S WAGE LOSS CLAIM

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order Precluding Plaintiff, Dionne Lee's Wage Loss Claim at the Time of Trial in this matter.

  The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

2464620-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date:   New York, New York
       July 3, 2008              Yours, etc.,
                                    **RAWLE & HENDERSON** LLP

By: _____
Jeffrey A. Segal
Attorneys for Defendants Richard K. Bawuah
and Cowan Equipment Leasing
Suite 4636
140 Broadway, 46th Floor
New York, New York 10005
(212)858-7570
File No. 801,840

To:    Winston B. Rouse, Esquire
        901 Sheridan Avenue
        Bronx, NY 10451

2464620-1