UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DIONNE LEE

        Plaintiff

RICHARD K. BAWUAH and                      Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

        Defendants
------------------------------------------------------------------X

### DEFENDANTS RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING'S MOTION IN LIMINE TO EXCLUDE OR LIMIT PLAINTIFF'S MEDICAL EXPERT TESTIMONY

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order Excluding or Limiting Plaintiff, Dionne Lee's, medicalp expert, Ramesh K. Babu, at the Time of Trial in this matter.

      The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date:  New York, New York
       July 7, 2008

                      Yours, etc.,
                      **RAWLE & HENDERSON** LLP

                      By: _____
                           Jeffrey A. Segal
                           Attorneys for Defendants Richard K. Bawuah
                           and Cowan Equipment Leasing
                           Suite 4636
                           140 Broadway, 46th Floor
                           New York, New York 10005
                           (212)858-7570

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned Motion to Exclude or Limit the testimony of Plaintiff's Medical Expert, Ramesh K. Babu, M.D., and Memorandum of Law was served via ECF filing, facsimile and regular mail on counsel of record addressed as follows:

>Winston B. Rouse, Esquire
>901 Sheridan Avenue
>Bronx, NY 10451

Date: July 8, 2008

>RAWLE & HENDERSON LLP
>
>By: _____
>Jeffrey A. Segal
>Attorneys for Defendants,
>Werner Enterprises, Inc. and
>Paul J. Morrison
>140 Broadway, Suite 4636
>New York, New York 10005
>(212) 858-7570
>File No.: 801575

2463737-1