UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DIONNE LEE

           Plaintiff

RICHARD K. BAWUAH and             Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

           Defendants
------------------------------------------------------------X

## DEFENDANTS RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING'S MOTION IN LIMINE TO APPLY NEW JERSEY SUBSTANTIVE LAW AND TO INSTRUCT JURY ON NEW JERSEY'S MODIFIED COMPARATIVE FAULT STANDARD

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order Applying New Jersey Substantive Law and to Instruct the Jury on New Jersey's Modified Comparative Fault Negligence Standard, at the Time of Trial in this matter.

     The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

2470701-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date:  New York, New York
       July *10*, 2008

        Yours, etc.,
        **RAWLE & HENDERSON LLP**

By: _____
        Jeffrey A. Segal
        Attorneys for Defendants Richard K. Bawuah
        and Cowan Equipment Leasing
        Suite 4636
        140 Broadway, 46th Floor
        New York, New York 10005
        (212)858-7570
        File No. 801,840

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned Motion to Apply New Jersey Substantive Law and Instruct Jury on New Jersey's Comparative Fault Standard, and Memorandum of Law was served via ECF filing and regular mail, on counsel of record addressed as follows:

> Winston B. Rouse, Esquire
> 901 Sheridan Avenue
> Bronx, NY 10451

> RAWLE & HENDERSON LLP

> By:_____
> Jeffrey A. Segal
> Attorneys for Defendants,
> Richard K. Bawuah and Cowen
> Equipment Leasing
> 140 Broadway, Suite 4636
> New York, New York 10005
> (212) 858-7570
> File No.: 801840

Date:  July   , 2008

2470701-1