UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DIONNE LEE

          Plaintiff

RICHARD K. BAWUAH and                            Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

                                                                  **CERTIFICATION OF**
                                                                  **COUNSEL**

          Defendants
------------------------------------------------------------------X

       Jeffrey A. Segal, Esquire, an attorney duly admitted to practice law before the applicable Courts of the State of New York, hereby affirms the truth of the following, under the penalties of perjury:

       1.     I, Jeffrey A. Segal, am a partner of Rawle & Henderson LLP, attorneys for the defendants, Richard K. Bawuah and Cowan Equipment Leasing, and as such I am fully familiar with the facts and circumstances herein.

       2.     This action arises out of a motor vehicle accident that occurred on the New Jersey side of the eastbound, upper level of the George Washington Bridge, at approximately 12:40 a.m. on Monday, May 9, 2007. (see Port Authority of New York & New Jersey Motor Vehicle Accident Report, attached as Exhibit "A").

       3.     Lee is a resident of New York and was driving a passenger vehicle that was reportedly registered in New York. (See Exhibit "A").

       4.     Defendant Bawuah is a resident of Connecticut and was driving a tractor registered in Connecticut (See Exhibit "A").

5.   Defendant Cowan Equipment Leasing, LLC is a Maryland limited liability corporation with its principle place of business in Baltimore Maryland. Cowan also maintains a business location in New Jersey.

6.   Moreover, during the time of the accident, Bawuah's typical route was from Connecticut to Monroe Township, NJ where he would pick up a load and deliver it to locations in Connecticut or Massachusetts. (Bawuah's Deposition Transcript, pg. 11, lines 9-17, attached hereto as Exhibit "B").

7.   On the date of the accident, Bawuah was operating the tractor trailer in the course and scope of his employment with Cowan, and was in fact performing a typical run from Monroe, NJ to a site in Massachusetts. (Bawuah's Deposition Transript, pg. 16, lines 5-20, attached hereto as Exhibit "C").

8.   At the time of the accident, Lee was in the process of commuting home from her job as a Sales Associate for H&M in the Palisades Mall in New Jersey. (Lee's Deposition Transcript, pg. 19, line 22 to pg 20 line 16, attached hereto as Exhibit "D").

9.   Lee had held the full-time job at H&M for eight months prior to the accident. Therefore, she regularly commuted to and from New Jersey. (Lee's Deposition Transcript, pg. 21 line 21 to pg. 22, line 3, attached hereto as Exhibit "D").

10.   New Jersey, the situs of the accident, has paramount interest that its substantive laws concerning both the rules of the road and loss allocation, apply to this lawsuit because Defendant Cowan Equipment Leasing, LLC maintained a business location in New Jersey and Bawuah, in the course and scope of his employment with Cowan was performing his daily run from New Jersey to locations in southern New England, when the accident occurred on the New Jersey side of the George Washington

Bridge. In addition, plaintiff was in the process of performing her daily commute home to New York from her job located in New Jersey.

11. Therefore, defendants herein request an Order Applying New Jersey's Substantive Law and Instructing the Jury on New Jersey's Modified Comparative Fault analysis pursuant to N.J.S.A. 2A:15-5.1.

12. In the event that this motion is granted, counsel for Defendants will work with Plaintiff's counsel on preparing revised joint jury instructions and a revised verdict sheet incorporating New Jersey's Modified Comparative Fault Statue, N.J.S.A. 2A:15-5.1.

RAWLE & HENDERSON LLP

By: _____
Jeffrey A. Segal
Attorneys for Defendants,
Richard K. Bawuah and Cowen
Equipment Leasing
140 Broadway, Suite 4636
New York, New York 10005
(212) 858-7570
File No.: 801840

Date: July 10, 2008

EXHIBIT A

# THE PORT AUTHORITY OF NY & NJ
## MOTOR VEHICLE ACCIDENT REPORT

PA-6215/8-02
03119

| | |
|---|---|
| FACILITY: GWB | NJ ☒ NY ☐ |
| ON FACILITY ☒ OFF FACILITY ☐ | PAGE NO. 1 OF 1 |
| DETAILED LOCATION: UPPER Level Bridge Lane 6 | |
| MAINTENANCE WORK ORDER NO. | MVA# 720-07 |

| TE REF. NO. | ACCIDENT DATE (MM/DD/YY) | DATE REPORTED (MM/DD/YY) |
|---|---|---|
| | 5/19/07 | 05/09/07 |

| GRID NO. | TIME (24 HOUR) | P.A. PROP. DAMG. |
|---|---|---|
| 150 | 0040 | ☐ Yes ☒ No |

Officer's Name: MCKEON
Officer's P.A. Employee No.: 42726
Officer's Signature: JR MK
Did You Witness Accident? ☐ Yes ☒ No

### VEHICLE 1

Driver Name: BAWUAH Richard K
Address: 147 Mallard DR
City: E. Hartford  State: CT  Zip: 06118
Driver's License Number: 156 473363  CDL ☒ Yes ☐ No
Date of Birth: 3/1/44  Sex: M  No. of Occup.: 1
Public Property Damaged: ☐ Yes ☒ No  State of Lic.: CT
Owner Name: Cowan Equipment Leasing
Address: 776 North Main St.
City: Manchester  State: CT  Zip: 06040
License Plate No.: 91905A  State: CT  Vehicle Year & Make: 07 Volv  Model: L64T
VIN No.: 4V4NC9662 7N447211
Insurance Carrier: Cowan Systems LLC
Insurance Expiration Date: 7/01/07
Policy Number: TRK 913740700

### VEHICLE 2

Driver Name: LEE Dianne L
Address: 123 E 129 ST  Apt No.: 5D
City: New York  State: NY  Zip: 10035
Driver's License Number: 585 291 938  CDL ☐ Yes ☒ No
Date of Birth: 11/25/64  Sex: F  No. of Occup.: 1
Public Property Damaged: ☐ Yes ☒ No  State of Lic.: NY
Owner Name: S.A.A.
License Plate No.: CU68308  State: NY  Vehicle Year & Make: 01 Merc  Model: 4DSD
VIN No.: 1MEFM55S016608906
Insurance Carrier: GEICO Indemnity
Policy Number: 1245137607

### FOR PORT AUTHORITY VEHICLES ONLY

### INJURY

Full Name and Address of Injured: N/A

### COLLISION SYMBOLS

Rear End, Overtaking, Backing, Angle Collision, Fixed Object, Right Turn, Head On, Sideswipe, Left Turn

### ACCIDENT DIAGRAM

18 EAST  P.I.P. Helix
EAST BOUND UPPER

### CLOCKPOINT DIAGRAM

13 ROOF
14 UNDERCARRIAGE
15 OVERTURNED
16 TOTALLED
17 NONE  18 OTHER

AREAS DAMAGED
| | INITIAL IMPACT | PRINCIPAL IMPACT |
|---|---|---|
| VEH. 1 | 2 | 2 |
| VEH. 2 | 8 | 7 |

**ACCIDENT DESCRIPTION**

AT T/P/o Driver of veh #1 state while in LANE Driver of veh #2 Tried to merge into his LANE Causing Damage to Right side of Driver #1's vehicle. Driver #2 states Driver #1 was in her LANE and drifted into her causing damage to veh #2.

| | 37 | 38 | 39 | 40 | 41 | FULL NAMES AND ADDRESSES OF PASSENGERS |
|---|---|---|---|---|---|---|
| A | 1 | 62 | M | 1 | 03 | |
| B | 2 | 42 | F | 1 | 03 | |
| C | | | | | | |
| D | | | | | | |

ICC CARRIER NO.

EXHIBIT B

```
22      A    No.
23      Q    Meaning if you have to go -- do they give
24 you assignments to go from the east coast to the
25 west coast?
```

---

11

```
 1                   RICHARD K. BAWUAH
 2      A    That was past.  I don't do that anymore.
 3 No.
 4      Q    Then you drive -- why do you say you don't
 5 do that anymore?
 6      A    I used to do, yeah.  Long time ago.
 7      Q    Long distance driving?
 8      A    Long time ago.  Not this company.
 9      Q    Okay.  What route do you generally travel
10 as far as your driving is concerned?
11      A    Now?
12      Q    Yes.
13           MR. SEGAL:  Objection to the form.  You
14      can answer if you can.
15      A    From Connecticut to New Jersey at Monroe
16 Township, pick up a load, come back to Connecticut
17 or Massachusetts and I will be done.
18      Q    What is the make and model of the vehicle
19 that you drive?
20           MR. SEGAL:  I'll object.  On the date of
21      the accident?
22           MR. ROUSE:  On the day of the accident.
23      A    Volvo.  I don't know the year but it's a
24 new type Volvo truck.
25      Q    How long is the vehicle?
```

---

12

```
 1                   RICHARD K. BAWUAH
 2           First of all, does the vehicle --
 3           MR. SEGAL:  I'll object to the use of the
 4      term tractor and trailer, separately or
 5      together.
 6      Q    That's what I was going to do.
 7           The tractor, is that -- the vehicle
 8 is a tractor and trailer, is that correct?
 9      A    Yes.
10      Q    How long is the vehicle as far as the
11 tractor and trailer together that you were driving
12 that day?
13      A    How long?
14      Q    How long.
15      A    The trailer is 53-foot.
16      Q    53 feet?
17      A    Yeah.
18      Q    And the cab is?  How big is the cab?
19 Excuse me, the tractor.
20           MR. SEGAL:  I'm instructing the witness
21      not to guess.  If you can approximate, answer
```

EXHIBIT C

```
22             MR. SEGAL:  Object to the form.  You can
23        answer.
24        A    Ten hours.
25        Q    And generally what lane do you drive in
```

                                                              15

```
 1                  RICHARD K. BAWUAH
 2   when you drive the truck, the tractor and the
 3   trailer?
 4             MR. SEGAL:  I will object to the form.
 5        You can answer if you can.
 6             You can answer if you can.
 7        A    Tractor-trailer, you don't have to drive
 8   on the fast lane, you only have to drive on the slow
 9   and the travel lane.  That's the tractor-trailer
10   everywhere.
11        Q    That would be the right lane you drive in?
12             MR. SEGAL:  Objection to form.
13        A    The right lane is slow lane, and the
14   middle one is travel lane, but before the fast lane
15   comes on the left.
16        Q    On the day of the accident, how was the
17   weather outside?
18        A    Dry.
19        Q    It was nighttime, correct?
20        A    Yes.
21        Q    From what location did you begin that
22   trip?
23        A    Beginning or just --
24        Q    Before you answer that question, one other
25   question.
```

                                                              16

```
 1                  RICHARD K. BAWUAH
 2             Approximately what time did the
 3   accident happen?
 4        A    12:40.  Somewhere.  Midnight.
 5        Q    Where were you coming from?
 6        A    I was coming from New Jersey.  Monroe
 7   Township, New Jersey.
 8        Q    What time did you start driving that day?
 9        A    I started from Connecticut.  Yeah, I
10   started at 6:30.
11        Q    In the morning?
12        A    No, in the evening.
13        Q    Okay.  And where were you going to?
14        A    I first delivered a beer load.
15             MR. SEGAL:  Just answer his question.
16        A    Where I was going to?  When I was going or
17   when I was coming?
18        Q    When you were leaving New Jersey, where
19   were you going to?
20        A    Okay.  From Monroe to Massachusetts.
21        Q    You're leaving Monroe.  What route did you
```

EXHIBIT D

```
                                                        18
                     DIONNE LEE
 1
 2       follow up in writing for counsel.
 3
 4           **REQUEST FOR INFORMATION**
 5
 6           **REQUEST FOR INFORMATION**
 7
 8              (Off the Record)
 9       Q   The Mercury Sable that you own, was that
10   Mercury Sable a vehicle that you drove on a regular
11   basis?
12       A   Yes.
13       Q   Were you responsible for its maintenance?
14       A   Yes.
15       Q   As far as you know, on May 9, 2007 was
16   your vehicle in fine working order?
17       A   Yes.
18       Q   Brakes were fine?
19       A   Yes.
20       Q   Horn worked?
21       A   Yes.
22       Q   All the lights worked?
23       A   Yes.
24       Q   Steering was fine?
25       A   Yes.
```

```
                                                        19
                     DIONNE LEE
 1
 2       Q   And there was no physical damage other
 3   than what we already spoke about to the front
 4   bumper?
 5       A   That I know, yes.
 6       Q   We already agree that the accident
 7   occurred on May 9, 2007, correct?
 8       A   Yes.
 9       Q   Do you recall what day of the week that
10   was?
11       A   No.
12       Q   Do you recall whether it was a weekday or
13   a weekend?
14       A   I don't recall.
15       Q   Do you recall approximately what time the
16   accident occurred?
17       A   Approximately 12:30, 12:40.
18       Q   Would that be after midnight, so a.m.?
19       A   Yes.
20       Q   Where specifically did the accident occur?
21       A   On the George Washington Bridge.
22       Q   Would it be going from New Jersey to New
23   York or from New York to New Jersey?
24       A   I was coming to New York.
25       Q   Where had you just left, meaning where
```

```
                                                        20
                     DIONNE LEE
 1
 2   were you coming from?
 3       A   The Palisades Mall.
 4       Q   Do you recall about what time you left the
 5   mall?
 6       A   About 11:00, 11:30, something like that.
 7       Q   What were you doing at the mall at about
 8   that time?
 9       A   I worked at the mall.
10       Q   At what particular store did you work?
11       A   H&M.
12       Q   What type of store is that?
13       A   It's a clothing store.
14       Q   For how long had you worked at H&M before
15   May of 2007?
16       A   Approximately eight months.
17       Q   Other than the job at H&M in or about May
18   of 2007, did you have any other job from which you
19   earned money?  So I don't mean charity work, I mean
20   did you have more than one job?
21       A   No.
22       Q   Bear with me for one second.  I apologize.
23           How were you paid at H&M?  Were you
24   paid hourly, were you paid weekly?
25       A   Biweekly.
```

```
                                                        21
                     DIONNE LEE
 1
 2       Q   Were you paid a set amount or by the hour?
 3       A   By the hour.
 4       Q   How much did you make in or about April of
 5   2007 per hour?
 6       A   $10.25 an hour.
 7       Q   What was your job position?
 8       A   Sales associate.
 9       Q   And had you been a sales associate for the
10   approximate eight months you had worked there?
11       A   Yes.
12       Q   Did you have an immediate supervisor?
13       A   Yes.
14       Q   Who was your supervisor?
15       A   It's a couple.
16       Q   Who was the one that you normally reported
17   to if there was a problem, you got your schedule
18   from, things like that?
19       A   It's many.  It's whatever manager is on
20   duty that day.
21       Q   Approximately how many hours a week did
22   you work?
23       A   Forty.
24       Q   And had it always been approximately 40
25   hours a week for the entire eight months you worked
```

Page 22

```
 1                  DIONNE LEE
 2   there?  Or did you start off working more or less?
 3      A    I think it was about 40.
 4      Q    What particular days of the week did you
 5   work?  Monday through Friday?  Weekends?
 6      A    It varies.
 7      Q    Were you employed in any capacity before
 8   getting the job at H&M?
 9      A    Excuse me.  Can you rephrase that
10   question?
11      Q    Did you work at all before you started at
12   H&M?
13      A    Yes, I worked before.
14      Q    What was the job directly prior to you
15   starting at H&M?
16      A    I think that was 311.
17      Q    Is that the name of it?
18      A    Yeah.  It's called 311, but it's also
19   called Department of Information Telecommunications
20   and Technology, or Technology and
21   Telecommunications.  One of the two.
22      Q    Is that a department of New York State?
23      A    Yes.  Or you can abbreviate it.
24      Q    What was your job title there?
25      A    I was a call representative.
```

Page 23

```
 1                  DIONNE LEE
 2      Q    For how long did you work there?
 3      A    Approximately two years.
 4      Q    Why did you leave there?
 5      A    They let me go.
 6      Q    Was it because of a disciplinary issue or
 7   because they cut staff?
 8      A    I'm not sure.  I didn't ask, to be honest.
 9      Q    So you don't know why you were let go?
10      A    No.
11      Q    So then if I understand, you worked at 311
12   for roughly between 2005 and 2007, or was it more
13   2004 -- I'm sorry, 2004 to 2006, and then you
14   started H&M in 2006?
15      A    I'm not sure, because I had a break in
16   between.  So I didn't go straight into.  So I think
17   it was 2004, 2005 -- I mean 2003, 2005.  I'm not
18   sure.
19      Q    That's all right.
20           Your break, were you unemployed
21   during the break?
22      A    I was collecting unemployment.
23      Q    All right.  Were you unemployed?
24      A    Yes.  I'm sorry.
25      Q    That's all right.
```

Page 24

```
 1                  DIONNE LEE
 2      And how long were you unemployed for,
 3   approximately?
 4      A    Approximately, I think, a year.
 5      Q    And while you were employed at 311, did
 6   you have any other job or just the one job?
 7      A    Just the one.
 8           I'm sorry.  When I first started 311
 9   I was working at Pathmark.  So it overlapped a
10   little bit.
11      Q    What did you do there?
12      A    I was a cashier.
13      Q    How many hours a week did you work at 311?
14      A    Forty hours, majority of the time.
15      Q    And how long -- strike that.
16           How many hours a week did you work
17   when you were at Pathmark during the overlap period?
18      A    Forty hours.
19      Q    So you worked both jobs full-time?
20      A    Well, when I started -- when I was working
21   with Pathmark, 311 was just training.  I was just
22   training, so it wasn't.
23      Q    Was there ever a period of time when you
24   worked both jobs, or once you were through training
25   did you leave Pathmark and just work at 311?
```

Page 25

```
 1                  DIONNE LEE
 2      A    Yes.
 3           (Brief Recess Taken)
 4      Q    Why did you leave your job at Pathmark?
 5      A    When I started work at H&M, it was
 6   miscommunication.  They thought I quit.
 7      Q    Wait.  You said you went from Pathmark to
 8   311.
 9      A    Yeah.
10      Q    Not H&M?
11      A    311.  I'm sorry.
12      Q    That's okay.
13           Your job at H&M as a sales associate,
14   can you describe for me in simple terms what do you
15   do?  What are your job duties?
16      A    My job duty is stocking the clothes back
17   on racks.  Ringing up customers.  Helping customers.
18   Changing displays.  Changing mannequins.
19   Rearranging the -- the department if I have to.  I'm
20   a responsible, so I'm responsible for my department
21   to make sure it's in standard.
22      Q    What is your department?  What was your
23   department?
24      A    I have the children's department.
25      Q    With respect to working, was there more
```