File no. 801840

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DIONNE LEE

                        Plaintiff

RICHARD K. BAWUAH and                 Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

                      Defendants

-----------------------------------------------------------------X

## <u>DEFENDANTS RICHARD K. BAWUAH  AND COWAN EQUIPMENT LEASING'S MOTION IN LIMINE TO EXCLUDE OR LIMIT PLAINTIFF'S MEDICAL EXPERT TESTIMONY</u>

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or

as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew

J. Peck, U.S.M.J.  at the United States District Court, Southern District of New York, located at

the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York

10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the

above-captioned matter for an Order Excluding or Limiting Plaintiff, Dionne Lee's, medical

expert, Mitchell Zeren , at the Time of Trial.

      The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and

Legal Brief in support of this Notice of Motion.

2474346-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date:   New York, New York
        July 14, 2008

                            Yours, etc.,
                            **RAWLE & HENDERSON** LLP

                            By: _____
                                Jeffrey A. Segal
                                Attorneys for Defendants Richard K. Bawuah
                                and Cowan Equipment Leasing
                                Suite 4636
                                140 Broadway, 46th Floor
                                New York, New York 10005
                                (212)858-7570

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned

Motion to Exclude or Limit the testimony of Plaintiff's Medical Expert, Mitchell Zeren, M.D.,

and Memorandum of Law was served via ECF filing, facsimile and regular mail on counsel of

record addressed as follows:

Winston B. Rouse, Esquire
901 Sheridan Avenue
Bronx, NY 10451

Date: July 15, 2008

RAWLE & HENDERSON LLP

By: _____
Jeffrey A. Segal
Attorneys for Defendants,
Werner Enterprises, Inc. and
Paul J. Morrison
140 Broadway, Suite 4636
New York, New York 10005
(212) 858-7570
File No.: 801575