**EXHIBIT B**

801840

RECEIVED MAY 1 4 2008

**LAW OFFICE OF WINSTON ROUSE ESQ.**
**901 SHERIDAN AVENUE**
**BRONX, NEW YORK 10451**
*Telephone*   718-588-7773
*Fax*           718-588-8958

May 6, 2008

Rawle & Henderson
140 Broadway
New York N.Y. 10005
Attn: Jeffery Segal Esq.

Mr. Segal,

As per Rule 26 enclosed is a complete list of expert witness.

| | | |
|---|---|---|
| Dr Adren M Kaisman | Dr Mitchell Zeren | Dr. Ramesh Babu |
| 51 East 25th Street | 2676 Grand Concourse | 530 1st Avenue |
| N.Y. N.Y. 10010 | Bronx N.Y. 10458 | N.Y. 10016 N.Y. |

Sincerely

*[signature]*

Winston B. Rouse Esq.