UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DIONNE LEE

                Plaintiff

RICHARD K. BAWUAH and            Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

                Defendants
-----------------------------------------------------------------X

### DEFENDANTS RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING'S MOTION IN LIMINE TO EXCLUDE OR LIMIT PLAINTIFF'S MEDICAL EXPERT TESTIMONY

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order Excluding the testimony of Aric Hausknecht, M.D. as Plaintiff, Dionne Lee's, medical expert, at the Time of Trial in this matter.

The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

2474913-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date: July 15, 2008

                                   Yours, etc.,
                                   **RAWLE & HENDERSON LLP**

                                By: _____
                                   Jeffrey A. Segal
                                   Attorneys for Defendants Richard K. Bawuah
                                   and Cowan Equipment Leasing
                                   Suite 4636
                                   140 Broadway, 46th Floor
                                   New York, New York 10005
                                   (212)858-7570

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned Motion to Exclude the testimony of Aric Hausknecht, M.D. as Plaintiff's Medical Expert, and Memorandum of Law was served via ECF filing, facsimile and regular mail on counsel of record addressed as follows:

                          Winston B. Rouse, Esquire
                             901 Sheridan Avenue
                               Bronx, NY  10451

Date:  July 15, 2008

                            RAWLE & HENDERSON LLP

                            By: _____
                            Jeffrey A. Segal
                            Attorneys for Defendants,
                            Werner Enterprises, Inc. and
                            Paul J. Morrison
                            140 Broadway, Suite 4636
                            New York, New York 10005
                            (212) 858-7570
                            File No.: 801575

2474913-1