**EXHIBIT A**

**LAW OFFICE OF WINSTON ROUSE ESQ.**
**901 SHERIDAN AVENUE**
**BRONX, NEW YORK 10451**
Telephone   718-588-7773
Fax              718-588-8958

April 14, 2008

Rawle & Henderson LLP
140 Broadway
New York N.Y. 10005
Attn: Jeffery Segal

Mr. Segal,

     Pursuant to Rule 26 of the Federal Procedure Law I am writing to informing you that Dr. Mitchell Zeren whose practice is located at 2676 Grand Concourse Bronx N.Y. 10458 is an expert witness in my case. Dr. Zeren who has treated her since her initial injury will be testifying as to Ms. Lee's injuries she suffered, the treatment she received, her present condition and her future prognosis regarding her injuries. I still reserve the right to obtain additional experts in the future.

Sincerely,

*Winston B. Rouse*
Winston B. Rouse