

RECEIVED JUL 21 2008 CHAMBERS OF ANDREW J PECK

**LAW OFFICE OF WINSTON ROUSE ESQ.**
**901 SHERIDAN AVENUE**
**BRONX, NEW YORK 10451**
Telephone 718-588-7773
Fax         718-588-8958

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/21/08

Federal Court Southern District Of New York
Magistrate Judge Andrew Peck
500 Pearl Street
New York N.Y.

Lee v. Bawuah
07-CV-9917 (AJP)

Honorable Judge Peck,

I am the attorney assigned to represent Dionne Lee in a civil action before your court. I am writing to request a extension to respond to motions submitted by Rawle and Henderson until tomorrow Tuesday July 22, 2008.

The reason for the delay is the motions were to be prepared by my associate Robert Osuna Esq. but he was delayed due to prior legal matter and a personal problem he had to resolve. The delay would not cause any material harm to either party of this action. Therefore, I humbly request that the tension be granted.

Thank you for your time and consideration in this matter

Very Truly Yours

Winston B. Rouse Esq.

**MEMO ENDORSED** 7/21/08

APPROVED - THE PAPERS ARE TO BE REC'D. BY THE COURT - INC. COURTESY COPIES TO MY CHAMBERS - BY 5PM ON 7/22.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: **July 21, 2008**                              Total Number of Pages: **2**

| TO | FAX NUMBER |
|---|---|
| Winston B. Rouse, Esq. | 718-588-8958 |
| Robert Osuna, Esq. | 212-233-1014 |
| Jeffrey A. Segal, Esq. | 212-858-7750 |

# TRANSCRIPTION:

**MEMO ENDORSED 7/21/08**

Approved — The papers are to be rec'd by the Court - inc. courtesy copies to my chambers - by 5 PM on 7/22.