UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DIONNE LEE

        Plaintiff

RICHARD K. BAWUAH and                   Civil Action No. 07-cv-9917
COWAN EQUIPMENT LEASING

        Defendants
-----------------------------------------------------------------X

## DEFENDANTS', RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING, MOTION FOR RECONSIDERATION PURSUANT TO S.D.N.Y LOCAL CIVIL RULE 6.3

    **PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order, pursuant to S.D.N.Y. Local Civil Rule 6.3 for Reconsideration of The Honorable Magistrate Peck's July 23, 2008 Order Denying Defendants' Motions in Limine requesting: (1) The Exclusion of expert testimony of Aric Hausknecht, M.D.; (2) The application of New Jersey Law; and (3) To Preclude Plaintiff's wage loss claim.

    The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

2491480-1

PLEASE TAKE FURTHER NOTICE oral argument is requested.

Date: July 31, 2008

> Yours, etc.,
> **RAWLE & HENDERSON LLP**
>
> By: _____
> Jeffrey A. Segal
> Attorneys for Defendants, Richard K. Bawuah
> and Cowan Equipment Leasing
> Suite 4636
> 140 Broadway, 46th Floor
> New York, New York 10005
> File No. 801840
> (212)858-7570