## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned S.D.N.Y. Local Civil Rule 6.3 for Reconsideration of Your Honor's July 23, 2008 Order and Memorandum of Law was filed via ECF and served via facsimile and regular mail on counsel of record for plaintiff as follows:

>Winston B. Rouse, Esquire
>901 Sheridan Avenue
>Bronx, NY 10451

Date:   July 31, 2008

>RAWLE & HENDERSON LLP

>By:_____
>Jeffrey A. Segal
>Attorneys for Defendants,
>Richard K. Bawuah and Cowan Equipment Leasing
>140 Broadway, Suite 4636
>New York, New York 10005
>(212) 858-7570
>File No.: 801840

2491480-1
2491480-1