# RAWLE & HENDERSON LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/4/08

RECEIVED AUG 01 2008 CHAMBERS OF ANDREW J. PECK

JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office - Established in 1783

www.rawle.com

Suite 4636
140 Broadway, 46th Floor
New York, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

August 1, 2008

**Via Facsimile**
Andrew J. Peck, U.S.M.J.
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York City, NY 10007-1312

**BY FAX**

**MEMO ENDORSED** 8/4/08

_[handwritten: Pl's Atty can be called out of order on Thursday of course.]_

SO ORDERED:

_[signature]_
Hon. Andrew Jay Peck
United States Magistrate Judge

Re: Dionne Lee v. Bawuah & Cowan Systems, LLC
Civil Action No. 07-cv-9917
Our File No.: 801840

Dear Judge Peck:

We herein write to Your Honor regarding an issue which has arisen with respect to the trial scheduled to begin on Wednesday, August 6, 2008.

Specifically, yesterday, my office spoke with counsel for plaintiff and requested permission to call defense neuro expert, Dr. Head, Thursday afternoon if plaintiff has not rested his case due to a scheduling problem. Counsel gave his consent. We confirmed that consent by letter sent via facsimile and email, with a carbon copy sent to Your Honor via regular mail (a copy of the letter is attached hereto for Your convenience).

Interestingly, this morning, I received a call to my cell phone from counsel for plaintiff. He indicated, without reason, that he could not consent to our request to possibly call the defense neuro expert out of turn. Counsel denied receiving our letter via facsimile and/or email. We also note, that counsel has denied receiving documents in the past sent via facsimile and email, one time blaming an email address change. However, all changes to the proposed joint pre-trial submissions were made between counsel via email without issue. We also find counsel's change of heart interesting as counsel conveniently called the day after the letter was sent and never denied speaking to our office the day before. We believe that counsel's current actions are unprofessional and inappropriate.

Accordingly, we herein ask the Your Honor's permission to call defense neuro expert, Dr. Head, out of turn, or in the alternative, a conference to discuss an alternative schedule.

2494688-1

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   MEDIA, PA   MARLTON, NJ   NEW YORK, NY   WILMINGTON, DE   WHEELING, WV

# RAWLE & HENDERSON LLP

August 1, 2008
Page 2

Thank you in advance for your courtesy and attention to this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: /s/ Jeffrey A. Segal

JAS/
cc: Winston B. Rouse, Esquire (w/enc.) – via facsimile & regular mail

2494688-1

# RAWLE & HENDERSON LLP



JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office - *Established in 1783*

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE: (212) 858-7570
FACSIMILE: (212) 858-7750

July 31, 2008

**VIA FAX TO: (718) 588-8958
and VIA e-mail**
Winston B. Rouse, Esquire
901 Sheridan Avenue
Bronx, NY 10451

   Re: Dionne Lee v. Bawuah & Cowan Systems, LLC
     Civil Action No. 07-cv-9917
     Our File No.: 801840

Dear Mr. Rouse:

  This will confirm our telephone conversation in which you agreed to allow Defendant's medical expert, Dr. William B. Head, to testify out of turn on Thursday afternoon at 2:00 p.m. regardless of whether you have rested your case.

  Thank you for your courtesy.

Very truly yours,

RAWLE & HENDERSON LLP

By: *[signature]*
  Jeffrey A. Segal

JAS/cac

cc: The Honorable Judge Andrew J. Peck

2494257-1

PHILADELPHIA, PA PITTSBURGH, PA HARRISBURG, PA MEDIA, PA MARLTON, NJ NEW YORK, NY WILMINGTON, DE WHEELING, WV

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** August 4, 2008    **Total Number of Pages:** 4

| TO | FAX NUMBER |
|---|---|
| Winston B. Rouse, Esq. | 718-588-8958 |
| Robert Osuna, Esq. | 212-233-1014 |
| Walter Benson, Esq. | 315-685-1047 |
| Jeffrey A. Segal, Esq. | 212-858-7750 |

# TRANSCRIPTION:

**MEMO ENDORSED 8/4/08**

Dr. Head can be called out of order on Thursday afternoon.