UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/4/08

---------------------------------------------------------------X

DIONNE LEE

      Plaintiff

RICHARD K. BAWUAH and
COWAN EQUIPMENT LEASING

      Defendants

Civil Action No. 07-cv-9917

---------------------------------------------------------------X

**DEFENDANTS', RICHARD K. BAWUAH AND COWAN EQUIPMENT LEASING, MOTION FOR RECONSIDERATION PURSUANT TO S.D.N.Y LOCAL CIVIL RULE 6.3**

**PLEASE TAKE NOTICE** that on the ___ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall apply to the Honorable Andrew J. Peck, U.S.M.J. at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York City, New York 10007-1312 on behalf of Defendants, Richard K. Bawuah and Cowan Equipment Leasing in the above-captioned matter for an Order, pursuant to S.D.N.Y. Local Civil Rule 6.3 for Reconsideration of The Honorable Magistrate Peck's July 23, 2008 Order Denying Defendants' Motions in Limine requesting: (1) The Exclusion of expert testimony of Aric Hausknecht, M.D.; (2) The application of New Jersey Law; and (3) To Preclude Plaintiff's wage loss claim.

The moving defendants shall rely on the annexed Certification of Counsel, Exhibits and Legal Brief in support of this Notice of Motion.

**BY FAX**

**MEMO ENDORSED** 8/4/08

On reconsideration, the Court adheres to its original decision without [as previously indicated] to specific objections to specific questions at trial. The Court obviously does not decide but will rule on any evidentiary problems raised at trial. As for the wage claim, defts may renew the motion at trial.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

2491480-1

**PLEASE TAKE FURTHER NOTICE** oral argument is requested.

Date: July 31, 2008

>Yours, etc.,
>**RAWLE & HENDERSON LLP**
>
>By: _____
>Jeffrey A. Segal
>Attorneys for Defendants, Richard K. Bawuah
>and Cowan Equipment Leasing
>Suite 4636
>140 Broadway, 46th Floor
>New York, New York 10005
>File No. 801840
>(212)858-7570

2491480-1                                2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** August 4, 2008                                   **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Winston B. Rouse, Esq. | 718-588-8958 |
| Robert Osuna, Esq. | 212-233-1014 |
| Walter Benson, Esq. | 315-685-1047 |
| Jeffrey A. Segal, Esq. | 212-858-7750 |

# TRANSCRIPTION:

**MEMO ENDORSED 8/4/08**

On reconsideration, the Court adheres to its original decision, subject (as previously indicated) to specific objections to specific witnesses at trial. The Court also notes that the difference between NY and NJ law only will apply if plaintiff is found to be 50% or more responsible, so the issue will be moot if the jury finds plaintiff less than 50% responsible.