| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 8/6/08 |

------------------------------------x

DIONNE LEE,                                    :

             Plaintiff,          :          07 Civ. 9917 (AJP)

     -against-                         :          **ORDER OF DISMISSAL ON CONSENT**

RICHARD K. BAWUAH & COWAN EQUIPMENT,  :

             Defendants.       :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on August 6, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Pursuant to Local Civil Rule 47.1, each side is to pay $600 to the Clerk of Court by August 8, 2008 for jury fees. Any pending motions are to be terminated as moot.

     SO ORDERED.

DATED:  New York, New York
             August 6, 2008

                                                           Andrew J. Peck
                                                      United States Magistrate Judge

Copies **by fax & ECF** to:   Winston B. Rouse, Esq.
                                         Walter Benson, Esq.
                                         Jeffrey A. Segal, Esq.